(No. 6286— )

CLARK OIL AND REFINING CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF AGRICULTURE, Respondent.

*Opinion filed January 11, 1972.*

CLARK OIL AND REFINING CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.